IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>JOHN JOSEPH LAWRENCE<br><br>PHH Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOHN JOSEPH LAWRENCE,<br>    Debtor | Case No. 5:21-bk-00294-RNO<br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

PHH Mortgage Corporation ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 7), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 15, 2021.

2. Movant holds a security interest in the Debtor's real property located at 112 Oak Rd, Newfoundland, PA 18325 (the "Property"), by virtue of a Mortgage which is recorded in Instrument Number 201700009930 in Official Records of Pike County, Pennsylvania. Said Mortgage secures a Note in the amount of $131,175.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on February 15, 2021 (Doc 7).

4. Movant filed a Proof of Claim in this case on March 22, 2021 (Claim No. 2).

5. Movant objects to the Plan as the Plan does not provide for treatment of Creditor's claim.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

> */s/ Mario Hanyon*
> Mario Hanyon
> (Bar No. 203993)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Ste 130
> Mount Laurel, NJ 08054
> Telephone: 844-856-6646 x4560
> Facsimile: 704-369-0760
> E-Mail: pabkr@brockandscott.com

|  |  |
|---|---|
| IN RE:<br>JOHN JOSEPH LAWRENCE<br><br>PHH Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOHN JOSEPH LAWRENCE,<br>    Debtor | Case No. 5:21-bk-00294-RNO<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on <u>April 22, 2021</u> to the following:

JOHN JOSEPH LAWRENCE
PO Box 545
New Foundland, PA 18445

ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Charles J. DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

        */s/ Mario Hanyon*
        Mario Hanyon
        (Bar No. 203993)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Ste 130
        Mount Laurel, NJ 08054
        Telephone: 844-856-6646 x4560
        Facsimile: 704-369-0760
        E-Mail: pabkr@brockandscott.com

B&S File No. 21-01849 5 of 5